AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RONALD D. LEONARD,**

      **Plaintiff,**

                                **JUDGMENT IN A CIVIL CASE**

**v.**

**GARY MOHR, et al.,**         **CASE NO.  C2-11-152**
                                  **JUDGE EDMUND A. SARGUS, JR.**
      **Defendants.**          **MAGISTRATE JUDGE MARK R. ABEL**

____     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the Opinion and Order filed March 20, 2012, JUDGMENT is hereby entered for the Defendants.  This case is DISMISSED.**

Date: March 20, 2012                           JAMES BONINI, CLERK

                                                */S/ Andy F. Quisumbing*
                                               (By) Andy F. Quisumbing
                                             Courtroom Deputy Clerk