# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RONALD D. LEONARD,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**GARY MOHR, et al.,**           **CASE NO. C2-11-152**
                                       **JUDGE EDMUND A. SARGUS, JR.**
    **Defendants.**           **MAGISTRATE JUDGE MARK R. ABEL**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed March 20, 2012, JUDGMENT is hereby entered for the Defendants. This case is DISMISSED.**

Date: March 20, 2012                                   JAMES BONINI, CLERK

                                                                  */S/ Andy F. Quisumbing*
                                                                    (By) Andy F. Quisumbing
                                                                    Courtroom Deputy Clerk